UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE THOOS, | No. 2:14-cv-02969-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

On August 18, 2015, plaintiff filed a stipulation and proposed order for extension of time to file a motion for summary judgment. ECF No. 14. In it, the parties stipulate to extend plaintiff's deadline to August 28, 2015, because plaintiff's counsel has recently been ill. Id. Accordingly, THE COURT HEREBY ORDERS plaintiff to file a motion for summary judgment by August 28, 2015.

DATED: August 19, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1