# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE THOOS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:14-cv-02969-AC<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

Based upon the parties' Stipulation to Extend Briefing Schedule, ECF No. 17, IT IS ORDERED that Defendant shall have until October 26, 2015 to file her Opposition to Plaintiff's Motion for Summary Judgment. All other deadlines are extended accordingly.

DATED: September 25, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE